IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Meredith L. Woodall, | ) | Case No. 19-22463 GLT |
| | ) | Chapter 13 |
| | ) | |
| Social Security No. XXX-XX-5864 | ) | |
| | ) | |
| Debtor | ) | Document No. WO-1 |
| | ) | |
| Meredith L. Woodall, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Monongahela Valley Hospital and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on July 8, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Meredith L. Woodall
714 Lewis Avenue
Charleroi, PA 15022

Monongahela Valley Hospital
Attn: Payroll
1163 Country Club Road
Monongahela, PA 15063

July 8, 2019
Date

/s/ Christopher M. Frye,
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402