# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** MEREDITH L. WOODALL
- **Case Number:** 19-22463-GLT       **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 19, 2019 02:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#5 - Final Confirmation of Plan Dated 5/31/2019 (NFC)
R / M #: 5 / 0

### Appearances: J. Steidl

- Debtor:
- Trustee: Winnecour / Pai / (Katz) / DeSimone
- Creditor:

*Can't for plan review*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __2/6/20__ at __11:30 Am__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: