

Cavalry Portfolio Services, LLC
PO Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

November 17, 2022

Clerk, US Bankruptcy Court
Western District of Pennsylvania

**WITHDRAWAL OF PROOF OF CLAIM**

Re: Robert L. Whitehead Jr.
Case Number 19-22463

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim# 13, claim amount $693.07 date filed 08/26/2019.
If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Cheryl Guziczek
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

Ronda J. Winnecour - Chapter 13 Trustee
Christopher M. Frye - Attorney for Debtor