**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/18/2022

IN RE:

MEREDITH L. WOODALL
714 LEWIS AVENUE
CHARLEROI, PA 15022
XXX-XX-5864        Debtor(s)

Case No. 19-22463 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/18/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMAZON.COM/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2194 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MON VALLEY FED CREDIT UNION**<br>POB 189<br>ALLENPORT, PA 15412 | Trustee Claim Number: 3  INT %: 3.90%<br>Court Claim Number: 8<br>CLAIM: 7,010.99<br>COMMENT: $CL8GOV@TERMS/PL*7275.87@%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5864 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*$0ARRS/PL*BGN 7/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2866 |
| **PNC MORTGAGE**<br>ATTN BKRPTCY PMT PROCESSING<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AFFIRM**<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA 94108 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: TX7C |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 891.53<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1355 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,417.08<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7864 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,430.14<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2889 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,891.17<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5437 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  2,094.24<br>COMMENT:  OVERSTOCK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2474 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  310.49<br>COMMENT:  CREDIT ONE BANK*CHRGD OFF 6/19/2019 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9839 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  2,333.03<br>COMMENT:  MACYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5210 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  13,283.82<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0156 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br><br>ST LOUIS, MO  63179 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  8,329.96<br>COMMENT:  X0003/SCH*GU BAR TIMELY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5864 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br><br>ST LOUIS, MO  63179 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0002 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br><br>ST LOUIS, MO  63179 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **MON VALLEY FED CREDIT UNION**<br>POB 189<br><br>ALLENPORT, PA  15412 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  249.04<br>COMMENT:  NO ACCT/SCH*LOAN DATE 10/2016 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5864 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN  55116-0478 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  797.92<br>COMMENT:  X0918/SCH*FR NELNET-DOC 28 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5864 |
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br><br>WILMINGTON, DE  19801 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0918 |

| Creditor | Claim Info | Description |
|---|---|---|
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br><br>WILMINGTON, DE  19801 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0918 |
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br><br>WILMINGTON, DE  19801 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0918 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  6,000.90<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4320 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  3,379.95<br>COMMENT:  SYNCHRONY*LEVIN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6600 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  2,134.32<br>COMMENT:  AMAZON*SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2194 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ND ADR~SHERRY CRAMER/SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH  45342 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  116.45<br>COMMENT:  CL7GOV*$0ARRS/PL*THRU 6/19 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2866 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  0.00<br>COMMENT:  NT/SCH*STALE CL 13@693.07 W/D-DOC 38 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9792 |