

Cavalry Portfolio Services, LLC
PO Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

FILED
11/23/22 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Related to Doc. No. 38

November 17, 2022

Clerk, US Bankruptcy Court
Western District of Pennsylvania

**WITHDRAWAL OF PROOF OF CLAIM**

Re: Robert L. Whitehead Jr.
Case Number 19-22463

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim# 13, claim amount $693.07 date filed 08/26/2019.
If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Cheryl Guziczek
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

Ronda J. Winnecour - Chapter 13 Trustee
Christopher M. Frye - Attorney for Debtor

SO ORDERED
November 23, 2022

Gregory L. Taddonio  jlm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22463-GLT |
| Meredith L. Woodall | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 23, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Meredith L. Woodall, 714 Lewis Avenue, Charleroi, PA 15022-1019 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bankruptcy@cavps.com | Nov 23 2022 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr. Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 25, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Meredith L. Woodall chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Nov 23, 2022 Form ID: pdf900 Total Noticed: 2

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 4