Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Meredith L. Woodall** | : | Case No. 19−22463−GLT |
| **fka Meredith L. Mollis** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 51 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 10/30/24 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this ***The 27th of August, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 51 by the Chapter 13 Trustee,

    It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

    (1) ***On or before October 10, 2024***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2) This Motion is scheduled for hearing on ***October 30, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

    (4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22463-GLT

Meredith L. Woodall  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Aug 27, 2024     Form ID: 604     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meredith L. Woodall, 714 Lewis Avenue, Charleroi, PA 15022-1019 |
| 15073846 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15073843 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15073849 | | Mon Valley Federal Credit Union, 1932 Main Street, Allenport, PA 15412 |
| 15073850 | | Mon Valley Federal Credit Union, PO Box 189, Allenport, PA 15412-0189 |
| 15121770 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Aug 27 2024 23:44:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:00:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15073826 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 27 2024 23:42:01 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 15073825 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 28 2024 00:01:57 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15073827 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 23:42:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15073828 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 23:42:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15097035 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 27 2024 23:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15073829 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:40:13 | Capital One, Po Box 85520, Richmond, VA 23285 |
| 15073830 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:00:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15081258 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:40:13 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15111065 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15073833 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:02:20 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15073834 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:41:08 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15073836 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po |

Case 19-22463-GLT   Doc 54   Filed 08/29/24   Entered 08/30/24 00:31:09   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 604 | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| | | | Box 182125, Columbus, OH 43218-2125 |
| 15073835 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 15073838 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2024 23:41:08 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15073837 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2024 23:41:49 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15073842 | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15073841 | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15073840 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:41:53 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15073839 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:40:45 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15111806 | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15076582 | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15200025 | Email/Text: ECMCBKNotices@ecmc.org | Aug 27 2024 23:44:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15550064 | + Email/Text: EBN@edfinancial.com | Aug 27 2024 23:43:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15073832 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2024 00:02:38 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15073831 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2024 00:20:36 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15088400 | + Email/Text: RASEBN@raslg.com | Aug 27 2024 23:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15096700 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2024 23:41:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15073856 | + Email/PDF: pa_dc_claims@navient.com | Aug 27 2024 23:41:53 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073852 | + Email/PDF: pa_dc_claims@navient.com | Aug 27 2024 23:41:53 | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15091180 | + Email/Text: Bankruptcy@nslp.org | Aug 27 2024 23:44:00 | Navient Solutions, LLC. on behalf of, National Student Loan Program, PO BOX 82507, Lincoln, NE 68501-2507 |
| 15105393 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC BANK NATIONAL ASSOCIATION, c/o PNC MORTGAGE, A DIVISION OF PNC BANK, 3232 Newmark Drive, Miamisburg, OH 45342, 866-754-0659 |
| 15073862 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15073860 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, PO Box 8703, Dayton, OH 45401 |
| 15073861 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15073863 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 604 | Total Noticed: 50 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Drive, Miamisburg, OH 45342 |
| 15113201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2024 00:00:54 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15108917 | | Email/Text: bnc-quantum@quantum3group.com Aug 27 2024 23:44:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15073865 | + | Email/PDF: ais.sync.ebn@aisinfo.com Aug 28 2024 00:00:32 | | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15073864 | + | Email/PDF: ais.sync.ebn@aisinfo.com Aug 27 2024 23:41:05 | | Syncb/Levin Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15074579 | ^ | MEBN Aug 27 2024 23:37:33 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15073867 | + | Email/PDF: ais.sync.ebn@aisinfo.com Aug 27 2024 23:40:22 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15073866 | + | Email/PDF: ais.sync.ebn@aisinfo.com Aug 28 2024 00:01:51 | | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15121770 | ^ | MEBN Aug 27 2024 23:37:48 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Cavalry SPV I, LLC, 500 Summit Lake Dr. Ste 400, Valhalla, NY 10595-2321 |
| 15073847 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15073848 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15073844 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15073845 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15073851 | * | Mon Valley Federal Credit Union, PO Box 189, Allenport, PA 15412-0189 |
| 15073857 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073858 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073859 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073853 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15073854 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15073855 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024         Signature:         /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 604 | Total Noticed: 50 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Christopher M. Frye | on behalf of Debtor Meredith L. Woodall chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5