| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Meredith L. Woodall** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5864 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–22463–GLT | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Meredith L. Woodall
  fka Meredith L. Mollis

10/11/24                                    **By the court:** Gregory L Taddonio
                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Meredith L. Woodall  
    Debtor

Case No. 19-22463-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Oct 11, 2024      Form ID: 3180W      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meredith L. Woodall, 714 Lewis Avenue, Charleroi, PA 15022-1019 |
| 15073846 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15073843 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15073849 | | Mon Valley Federal Credit Union, 1932 Main Street, Allenport, PA 15412 |
| 15073850 | | Mon Valley Federal Credit Union, PO Box 189, Allenport, PA 15412-0189 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 12 2024 03:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2024 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 12 2024 03:20:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2024 23:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 11 2024 23:37:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | EDI: PRA.COM | Oct 12 2024 03:20:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15073826 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 11 2024 23:33:03 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 15073825 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 11 2024 23:45:27 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15073827 | + | EDI: BANKAMER | Oct 12 2024 03:20:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15073828 | + | EDI: BANKAMER | Oct 12 2024 03:20:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15097035 | + | EDI: BANKAMER2 | Oct 12 2024 03:20:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15073829 | | EDI: CAPITALONE.COM | Oct 12 2024 03:20:00 | Capital One, Po Box 85520, Richmond, VA 23285 |
| 15073830 | + | EDI: CAPITALONE.COM | Oct 12 2024 03:20:00 | Capital One, Attn: Bankruptcy, Po Box 30285, |

Case 19-22463-GLT   Doc 57   Filed 10/13/24   Entered 10/14/24 00:25:17   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: 3180W | Total Noticed: 52 |

| Recipient ID | Notice Method | Date/Time | Name/Address |
|---|---|---|---|
| 15081258 | EDI: CAPITALONE.COM | Oct 12 2024 03:20:00 | Salt Lake City, UT 84130-0285<br>Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15111065 | + Email/Text: bankruptcy@cavps.com | Oct 11 2024 23:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15073833 | + EDI: CITICORP | Oct 12 2024 03:20:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15073834 | + EDI: CITICORP | Oct 12 2024 03:20:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15073836 | + EDI: WFNNB.COM | Oct 12 2024 03:20:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15073835 | + EDI: WFNNB.COM | Oct 12 2024 03:20:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 15073838 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 11 2024 23:45:16 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15073837 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 11 2024 23:32:27 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15073842 | EDI: DISCOVER | Oct 12 2024 03:20:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15073841 | EDI: DISCOVER | Oct 12 2024 03:20:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15073840 | EDI: CITICORP | Oct 12 2024 03:20:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15073839 | EDI: CITICORP | Oct 12 2024 03:20:00 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15111806 | EDI: Q3G.COM | Oct 12 2024 03:20:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15076582 | EDI: DISCOVER | Oct 12 2024 03:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15200025 | Email/Text: ECMCBKNotices@ecmc.org | Oct 11 2024 23:37:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15550064 | + Email/Text: EBN@edfinancial.com | Oct 11 2024 23:36:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15073832 | EDI: JPMORGANCHASE | Oct 12 2024 03:20:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15073831 | EDI: JPMORGANCHASE | Oct 12 2024 03:20:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15088400 | + Email/Text: RASEBN@raslg.com | Oct 11 2024 23:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15096700 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2024 23:33:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15073856 | + Email/PDF: bankruptcy_prod@navient.com | Oct 11 2024 23:34:05 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073852 | + Email/PDF: bankruptcy_prod@navient.com | Oct 11 2024 23:45:08 | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15091180 | + Email/Text: Bankruptcy@nslp.org | Oct 11 2024 23:37:00 | Navient Solutions, LLC. on behalf of, National Student Loan Program, PO BOX 82507, Lincoln, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NE 68501-2507 |
| 15105393 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2024 23:36:00 | PNC BANK NATIONAL ASSOCIATION, c/o PNC MORTGAGE, A DIVISION OF PNC BANK, 3232 Newmark Drive, Miamisburg, OH 45342, 866-754-0659 |
| 15073862 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2024 23:36:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15073860 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2024 23:36:00 | PNC Bank, PO Box 8703, Dayton, OH 45401 |
| 15073861 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2024 23:36:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15073863 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2024 23:36:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15113201 | | EDI: PRA.COM | Oct 12 2024 03:20:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15108917 | | EDI: Q3G.COM | Oct 12 2024 03:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15073865 | + | EDI: SYNC | Oct 12 2024 03:20:00 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15073864 | + | EDI: SYNC | Oct 12 2024 03:20:00 | Syncb/Levin Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15074579 | ^ | MEBN | Oct 11 2024 23:27:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15073867 | + | EDI: SYNC | Oct 12 2024 03:20:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15073866 | + | EDI: SYNC | Oct 12 2024 03:20:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15121770 | ^ | MEBN | Oct 11 2024 23:28:44 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Cavalry SPV I, LLC, 500 Summit Lake Dr. Ste 400, Valhalla, NY 10595-2321 |
| 15073847 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15073848 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15073844 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15073845 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15073851 | * | Mon Valley Federal Credit Union, PO Box 189, Allenport, PA 15412-0189 |
| 15073857 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073858 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073859 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073853 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15073854 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15073855 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: 3180W | Total Noticed: 52 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2024                         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Christopher M. Frye | on behalf of Debtor Meredith L. Woodall chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5