**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/11/24 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MEREDITH L. WOODALL

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-22463

Chapter 13

Related to Docket No. 51

## ORDER OF COURT

AND NOW, this ___11th Day of October, 2024___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

dmb

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-22463-GLT

Meredith L. Woodall     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Oct 11, 2024     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meredith L. Woodall, 714 Lewis Avenue, Charleroi, PA 15022-1019 |
| 15073846 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15073843 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15073849 | | Mon Valley Federal Credit Union, 1932 Main Street, Allenport, PA 15412 |
| 15073850 | | Mon Valley Federal Credit Union, PO Box 189, Allenport, PA 15412-0189 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 11 2024 23:37:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 11 2024 23:45:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15073826 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 11 2024 23:46:02 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 15073825 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 11 2024 23:45:34 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15073827 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 11 2024 23:36:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15073828 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 11 2024 23:36:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15097035 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 11 2024 23:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15073829 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2024 23:46:13 | Capital One, Po Box 85520, Richmond, VA 23285 |
| 15073830 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2024 00:22:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15081258 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2024 23:33:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15111065 | + | Email/Text: bankruptcy@cavps.com | Oct 11 2024 23:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15073833 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2024 23:45:08 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15073834 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2024 23:46:10 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15073836 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 11 2024 23:37:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 19-22463-GLT    Doc 58    Filed 10/13/24    Entered 10/14/24 00:25:17    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 11, 2024 | Form ID: pdf900 | Total Noticed: 50 |

| ID | | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 15073835 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 11 2024 23:37:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 15073838 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 11 2024 23:32:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15073837 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 11 2024 23:46:13 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15073842 | | Email/Text: mrdiscen@discover.com | Oct 11 2024 23:36:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15073841 | | Email/Text: mrdiscen@discover.com | Oct 11 2024 23:36:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15073840 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2024 23:46:13 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15073839 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2024 23:45:30 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15111806 | | Email/Text: bnc-quantum@quantum3group.com | Oct 11 2024 23:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15076582 | | Email/Text: mrdiscen@discover.com | Oct 11 2024 23:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15200025 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 11 2024 23:37:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15550064 | + | Email/Text: EBN@edfinancial.com | Oct 11 2024 23:36:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15073832 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 11 2024 23:56:42 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15073831 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 11 2024 23:32:55 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15088400 | + | Email/Text: RASEBN@raslg.com | Oct 11 2024 23:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15096700 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2024 23:45:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15073856 | + | Email/PDF: bankruptcy_prod@navient.com | Oct 11 2024 23:34:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073852 | + | Email/PDF: bankruptcy_prod@navient.com | Oct 11 2024 23:45:07 | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15091180 | + | Email/Text: Bankruptcy@nslp.org | Oct 11 2024 23:37:00 | Navient Solutions, LLC. on behalf of, National Student Loan Program, PO BOX 82507, Lincoln, NE 68501-2507 |
| 15105393 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2024 23:36:00 | PNC BANK NATIONAL ASSOCIATION, c/o PNC MORTGAGE, A DIVISION OF PNC BANK, 3232 Newmark Drive, Miamisburg, OH 45342, 866-754-0659 |
| 15073862 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2024 23:36:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15073860 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2024 23:36:00 | PNC Bank, PO Box 8703, Dayton, OH 45401 |
| 15073861 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2024 23:36:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15073863 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2024 23:36:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 15113201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 11 2024 23:45:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15108917 | | Email/Text: bnc-quantum@quantum3group.com | Oct 11 2024 23:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15073865 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 23:57:06 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15073864 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 23:56:59 | Syncb/Levin Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15074579 | ^ | MEBN | Oct 11 2024 23:27:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15073867 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 23:33:52 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15073866 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 23:57:06 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15121770 | ^ | MEBN | Oct 11 2024 23:28:45 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Cavalry SPV I, LLC, 500 Summit Lake Dr. Ste 400, Valhalla, NY 10595-2321 |
| 15073847 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15073848 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15073844 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15073845 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15073851 | * | Mon Valley Federal Credit Union, PO Box 189, Allenport, PA 15412-0189 |
| 15073857 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073858 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073859 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 15073853 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15073854 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15073855 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024        Signature:        /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: pdf900 | Total Noticed: 50 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Brent J. Lemon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com  lemondropper75@hotmail.com

Christopher M. Frye
on behalf of Debtor Meredith L. Woodall chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 5